**Order entered November 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00973-CV

### STATE FAIR OF TEXAS, Appellant

### V.

### RIGGS & RAY, P.C., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04484**

## ORDER

We **GRANT** the parties' October 27, 2015 joint agreed motion for extension of time to file briefs and **ORDER** appellant's brief be filed no later than December 16, 2015 and appellee's brief be filed no later than February 1, 2016.

/s/    CRAIG STODDART
         JUSTICE